**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:  Alabama Disabilities Advocacy Program  v.  J. Walter Wood, Jr.
Civil Action No. 2:07-cv-434-MEF

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 2:07-cv-434-MHT. This new case number should be used on all future correspondence and pleadings in this action.