| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Karen Gates* ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*) *Karen Gates*  C. Date of Delivery |
| 1. Article Addressed to:<br><br>J. WALTER WOOD, JR.<br>C/O DUDLEY PERRY, ESQ.<br>P.O. BOX 66<br>MONTGOMERY, AL 36057<br>07CV434 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 3450 0000 3382 7570 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540