IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ALABAMA DISABILITIES** ) | |
| **ADVOCACY PROGRAM,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv434-MHT |
| ) | |
| J. WALTER WOOD, JR., in ) | |
| his official capacity as ) | |
| Executive Director of the ) | |
| Alabama Department of ) | |
| Youth Services, ) | |
| ) | |
| Defendant. ) | |

ORDER

In light of the resolution of the case preceding this one, <u>Alabama Disabilities Advocacy Program v. Wood</u>, Civil Action No. 2:05cv1030-MHT (M.D. Ala.), and in order to determine whether a similar resolution is practicable in this case, it is ORDERED that an on-the-record status conference is set for June 13, 2007, at 10:00 a.m. in Chambers 200FMJ of the Frank M. Johnson, Jr. Federal

Courthouse Complex, One Church Street, Montgomery, Alabama 36104.

It is further ORDERED that the Hon. Thornton Dudley Perry, Jr., who served as counsel for the defendant in the previous case, shall be present.

The clerk of the court is DIRECTED to notify Mr. Perry of this order by electronic notice, by fax, and by telephone, using his contact information from the docket in Civil Action No. 2:05cv1030-MHT.

DONE, this the 6th day of June, 2007.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE