IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA DISABILITIES       )
ADVOCACY PROGRAM,          )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      2:07cv434-MHT
                           )
J. WALTER WOOD, JR., in    )
his official capacity as   )
Executive Director of the  )
Alabama Department of      )
Youth Services,            )
                           )
    Defendant.             )
```

ORDER

Based upon the representations made during an on-the-record status conference on June 13, 2007, and so that the parties may engage in settlement discussions, it is ORDERED that defendant is allowed until September 10, 2007, to file a response to the complaint.

DONE, this the 14th day of June, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE