IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07-CV-434-MHT |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION

The Defendant, by and through the undersigned, hereby requests an extension of time until Tuesday, September 17, 2007 to reply to the Court's Order dated June 14, 2007. This request has been agreed upon by counsel for the Alabama Disabilities Advocacy Program and is unopposed.

WHEREFORE, the Defendant request an extension of time through September 17, 2007 to reply to the Court's Order.

        Respectfully submitted,

        TROY KING
        ATTORNEY GENERAL


        /s/ T. Dudley Perry, Jr.
        T. Dudley Perry, Jr.
        Bar number: 3985-R67T

        Deputy Attorney General
        Attorney for the Defendant
        Alabama Department of Youth Services
        Post Office Box 66
        Mt. Meigs, AL 36057
        Telephone: (334) 215-3803
        Fax: (334) 215-3872
        E-Mail: dudley.perry@dys.alabama.gov

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2007, I electronically filed the foregoing **MOTION FOR EXTENSION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        James A. Tucker
        Nancy E. Anderson
        Alabama Disabilities
        Advocacy Program
        Box 870395
        Tuscaloosa, AL 35487


        /s/ T. Dudley Perry, Jr.
        T. Dudley Perry, Jr.
        Deputy Attorney General
        Attorney for the Defendant