IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:07-CV-434-MHT ) |
| J WALTER WOOD, JR. In his official capacity as Executive Director of the Alabama Department of Youth Services | ) ) ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW J. Walter Wood, Jr., in his official capacity, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____                _____

_____                _____


September 11, 2007                /s/ T. Dudley Perry, Jr.
        Date                          Counsel

                                  T. DUDLEY PERRY, JR
                                  Counsel's Name

                                  J. W. Wood in his Official Capacity
                                  Counsel for (print names of all parties)

                                  P.O. Box 66 Mt. Meigs, AL 36057
                                  Address, City, State Zip Code

                                  334-215-3803
                                  Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2007, I electronically filed the foregoing **CONFLICT DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> James A. Tucker
> Nancy E. Anderson
> Alabama Disabilities
> Advocacy Program
> Box 870395
> Tuscaloosa, AL 35487

/s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Deputy Attorney General
Attorney for the Defendant