IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ALABAMA DISABILITIES** | ) | |
| **ADVOCACY PROGRAM,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv434-MHT |
| | ) | |
| **J. WALTER WOOD, JR.,** in | ) | |
| his official capacity as | ) | |
| Executive Director of the | ) | |
| Alabama Department of | ) | |
| Youth Services, | ) | |
| | ) | |
|    Defendant. | ) | |

                          **ORDER**

It is ORDERED as follows:

(1) Defendant's motion for extension (Doc. No. 8) is granted.

(2) Defendant is allowed until September 18, 2007, to file a response to the complaint.

DONE, this the 14th day of September, 2007.

                                       /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE