IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRM<br><br>Plaintiff,<br><br>v.<br><br>J. WALTER WOOD, JR. In his official Capacity as Executive Director of the Alabama Department of Youth Services<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:07-cv-434-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Alabama Disabilities Advocacy Program, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

September 14, 2007
Date

/s/ Nancy Ellen Anderson ASB-3738-R67N
Counsel Signature

Alabama Disabilities Advocacy Program
Counsel for (print names of all parties)

Box 870395, Tuscaloosa, AL 35487-0395
Address, City, State Zip Code

205-348-4928
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September, 2007, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of this filing to:

T. Dudley Perry, Jr.
Deputy Attorney General
Department of Youth Services
P.O. Box 66
Mt. Meigs, AL 36057

/s/ Nancy Ellen Anderson
Attorney for Plaintiff
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487