IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:07cv434-MHT |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

### ORDER

The defendant having now filed an answer, it is ORDERED that this cause is set for an on-the-record status conference on October 10, 2007, at 9:00 a.m., to discuss setting this case for trial as soon as possible. Counsel for plaintiff are to arrange for the conference to be conducted by telephone.

DONE, this the 19th day of September, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE