IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES | ) | |
| ADVOCACY PROGRAM, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:07cv434-MHT |
| | ) | |
| J. WALTER WOOD, JR., in | ) | |
| his official capacity as | ) | |
| Executive Director of the | ) | |
| Alabama Department of | ) | |
| Youth Services, | ) | |
| | ) | |
|     Defendant. | ) | |

FINAL SUBMISSION ORDER

Based upon the representations made by counsel for all parties during a status conference this morning and with their agreement, it is ORDERED as follows:

(1) This lawsuit is set for final submission, without oral argument, on December 7, 2007.

(2) By October 19, 2007, the parties are to file a joint report indicating what issue or issues, if any, remain in this case. If no issues remain unresolved, this

case will be considered settled. If there are unresolved issues, the parties are to comply with the remainder of this order.

(3) By November 2, 2007, the parties are _jointly_ to develop and submit to the court a record of the evidence--depositions, stipulations, affidavits, etc.--that they intend the court to rely upon. The record should be sequentially numbered, that is, Bates-stamped, such that the parties and the court can quickly refer to the entire record by page number.

(4) The plaintiff is to file its brief by November 16, 2007.

(5) The defendant is to file his brief by November 30, 2007.

(6) The plaintiff may file a reply brief by December 7, 2007.

(7) When the parties refer to evidence in their briefs, they must cite the specific document and Bates-stamped page number where the evidence can be found in the

evidentiary record.  A brief which fails to comply with this requirement will be struck.

(8) In light of this agreed-upon disposition without a trial, the parties are no longer to file dispositive motions, that is, summary-judgment or dismissal motions.

DONE, this the 10th day of October, 2007.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE