IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM,<br><br>Plaintiff,<br><br>v.<br><br>J. WALTER WOOD, JR. in his official Capacity as Executive Director of the Alabama Department of Youth Services,<br><br>Defendant. | CIVIL ACTION NO.<br>2:07-CV-434-MHT |

## PLAINTIFF'S MOTION TO SUBSTITUTE

Plaintiff seeks to advise the Court of an error that was made in Exhibit B2 to its Complaint. (Doc. No. 1). The error involves a name of an ADAP client (S.W.) and a parent of a client (K.W.) that were not properly redacted from a June 12, 2006 letter from ADAP staff member Christy Johnson to Defendant's counsel Dudley Perry. Plaintiff requests that the attached and correctly redacted copy of this letter serve as the substitute for Plaintiff's Exhibit B2.

Respectfully Submitted,

/s/ Nancy Anderson
JAMES A. TUCKER
NANCY ANDERSON
ALABAMA DISABILITIES
ADVOCACY PROGRAM
University of Alabama
Box 870395
Tuscaloosa, AL 35487
(205) 348-4928 (Phone)
(205) 349-3909 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notice of such filing to the following attorneys of record for the Defendants:

Mr. Dudley Perry Jr.
Mr. William Sanford
c/o Alabama Department of Youth Services
P.O. Box 66
Montgomery, AL 36057

/s/ Nancy Anderson
Nancy Anderson

Alabama Disabilities
Advocacy Program (ADAP)

June 12, 2006


EXHIBIT
B 2


THE UNIVERSITY OF
ALABAMA
FOUNDED 1831

Dudley Perry, Deputy Attorney General
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, Alabama 36057

RE: S  W

Dear Dudley:

As you are aware, I recently attempted to access records contained by the Department of Youth Services, Mt. Meigs on behalf of S  W  , an ADAP client.

According to the PAIMI Act, § 51.41 (b) (1), the P&A shall be granted access to records on behalf of a client if authorized by that individual or the legal guardian, conservator or other legal representative.

Please find enclosed a release provided by S  's mother, Mrs. K  W  . If you will please provide me a copy of S  's records, I will be in Montgomery attending a conference on Wednesday, June 14 and can pick them up at that time.

Thank you for your prompt attention regarding this matter. If you have any questions or concerns, please contact me at (205) 348-4928.

Sincerely Yours,

Christy Johnson
Senior Case Advocate

cc: James Tucker, esq.
    K  W
    S  W

Protection and Advocacy for
Persons with Developmental
Disabilities

Protection and Advocacy for
Individuals with Mental Illness

Protection and Advocacy of
Individual Rights

Protection and Advocacy for
Assistive Technology

Protection and Advocacy for
Individuals with
Traumatic Brain Injury

Protection and Advocacy for
Beneficiaries of Social Security

Protection and Advocacy for
Voting Accessibility

Designated by the Governor
to The University of Alabama
in accordance with Public Laws
100-146 and 99-319. ADAP is
the protection and advocacy
system for Alabama on behalf
of persons with disabilities.



500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
(205) 348-4928
(800) 826-1675
FAX (205) 348-3909
www.ADAP.net