IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA DISABILITIES        )
ADVOCACY PROGRAM,           )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        2:07cv434-MHT
                            )
J. WALTER WOOD, JR., in     )
his official capacity as    )
Executive Director of the   )
Alabama Department of       )
Youth Services,             )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the motion to substitute (Doc. No. 19) is granted.

DONE, this the 2nd day of November, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE