IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:07cv434-MHT |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that plaintiff's motion to amend the joint report of the parties (Doc. No. 18) is set for on-the-record oral argument on November 7, 2007, at 10:00 a.m. Counsel for plaintiff is to arrange for the argument to be conducted by telephone.

It is further ORDERED that defendant is to file a response to the motion by November 6, 2007.

DONE, this the 2nd day of November, 2007.

                                             /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE