## IN THE DISTRICT COURT OF UNITED STATES FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ALABAMA DISABILITIES ADVOCACY PROGRAM**  )<br>  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**J. WALTER WOOD, JR.**, in  )<br>his official capacity as  )<br>Executive Director of the  )<br>Alabama Department of  )<br>Youth Services,  )<br>  )<br>Defendant.  ) | CIVIL ACTION NO.<br>2:07-CV-434-MHT |

### MOTION FOR EXTENSION

Comes now J. Walter Wood, Jr. as Executive Director, through the undersigned, and requests an extension of time, until Tuesday, November 6, 2007, to file the joint submission of the record in the above styled case.

1. The parties agreed to submit to the Court a joint statement of stipulated facts on this date.

2. The Defendant's statement of facts is not complete.

3. The undersigned communicated with counsel for the Plaintiff, James A. Tucker, and the Plaintiff does not oppose this motion for extension until Tuesday, November 6.

Respectfully submitted,

1

/s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar number: 3985-R67T
General Counsel
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November, 2007, I electronically filed the foregoing **MOTION FOR EXTENSION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James A. Tucker
Nancy E. Anderson
Alabama Disabilities
Advocacy Program
Box 870395
Tuscaloosa, AL 35487

/s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
General Counsel
Attorney for the Defendant