IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ALABAMA DISABILITIES** | ) | |
| **ADVOCACY PROGRAM,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:07cv434-MHT |
| | ) | |
| **J. WALTER WOOD, JR., in** | ) | |
| **his official capacity as** | ) | |
| **Executive Director of the** | ) | |
| **Alabama Department of** | ) | |
| **Youth Services,** | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

It is ORDERED that the motion to substitute document (Doc. No. 27) is granted.

DONE, this the 8th day of November, 2007.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**