IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA DISABILITIES        )
ADVOCACY PROGRAM,           )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:07cv434-MHT
                            )
J. WALTER WOOD, JR., in     )
his official capacity as    )
Executive Director of the   )
Alabama Department of       )
Youth Services,             )
                            )
     Defendants.            )
```

ORDER

Based on the representations made during on-the-record oral argument on November 7, 2007, it is ORDERED that the motion to amend joint report of the parties (Doc. No. 18) is granted as follows:

(1) By November 21, 2007, the parties are to file a supplemental joint report as follows: (a) identifying the "new "issues" in this case and (b) indicating whether these "new issues" can be resolved by the court without an evidentiary

>    hearing (that is, on the submission of a joint evidentiary record by the parties) or cannot be resolved by the court without an evidentiary hearing (that is, the court must hold an evidentiary hearing).

(2) Another on-the-record status conference is set for November 27, 2007, at 1:00 p.m. Counsel for plaintiff is to arrange for the conference to be conducted by telephone.

(3) The remaining deadlines in the final-submission order (Doc. No. 16) are suspended.

DONE, this the 8th day of November, 2007.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE