IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM,<br><br>Plaintiff,<br><br>v.<br><br>J. WALTER WOOD, JR. in his official Capacity as Executive Director of the Alabama Department of Youth Services,<br><br>Defendant. | Civil Action No.2:07-cv-434-MHT |

## SUPPLEMENTAL JOINT REPORT OF THE PARTIES

On November 8, 2007, this Court ordered the parties to file a supplemental joint report identifying the "new issues" in this case and indicating whether these "new issues" can be resolved by the court with or without an evidentiary hearing. (Doc. No. 30) The parties have conferred and submit this supplemental joint report.

## ISSUES

The parties have identified the following issues in dispute in this case:

- The exercise of Plaintiff's access to monitor activities at Defendant's facilities.

- The exercise of Plaintiff's access to train and inform residents and staff at Defendant's facilities.

- The exercise of Plaintiff's access to investigate alleged incidents of abuse and neglect at Defendant's facilities.

- The nature of Plaintiff's conduct of "confidential client visits" (i.e., when does monitoring and training end and an investigation begin?).

The Plaintiff believes these issues involve both the fundamental nature of the statutory and regulatory access granted to Plaintiff as the state's protection and advocacy agency and the structure, interpretation and implementation of the Settlement Agreement entered into between the parties on December 6, 2005. The Defendant believes they involve the Plaintiff's compliance with the Settlement Agreement's provision that it provide 72 hours advanced notice of investigations to the Defendant.

Since the on-the-record oral argument held in this case on November 7, 2007, Plaintiff and Defendant have conferred in an effort to resolve all the outstanding issues between the parties and to enter into a memorandum of understanding. As of the date of this submission, these discussions are continuing.

## EVIDENTIARY HEARING

Plaintiff requests that the Court hold an evidentiary hearing on these issues. Defendant disagrees, believing that such a hearing is unnecessary.

Respectfully Submitted,

/s/ James A. Tucker
James A. Tucker
ALABAMA DISABILITIES
ADVOCACY PROGRAM
University of Alabama
Box 870395
Tuscaloosa, AL  35487
(205) 348-4928 (Phone)
(205) 349-3909 (Facsimile)

/s/ T. Dudley Perry
T. Dudley Perry, Esq.
Deputy Attorney General & Counsel
Department of Youth Services
P.O. Box 66
Mt. Meigs, AL 36057
Telephone: 334-215-3803
Facsimile: 334-215-3872