IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISBILITIES ADVOCACY PROGRAM,  ) ) ) | |
| Plaintiff,  ) ) | |
| v.  ) ) | CIVIL ACTION NO. 2:07cv434-MHT |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services,  ) ) ) ) ) ) | |
| Defendants.  ) | |

ORDER

Based on the on-the-record representations made on November 27, 2007, it is ORDERED that the pretrial is set for March 14, 2008, at 9:00 a.m. and the non-jury trial is set for April 16, 2008, at 10:00 a.m.

DONE, this the 27th day of November, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE