UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM Plaintiff v. J. WALTER WOOD, JR. in his official Capacity as Executive Director of the Alabama Department of Youth Services, Defendant. | ))))))))))))))) Civil Action No. 2:07-cv-434-MHT |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to this Court's Order of November 27, 2007 (Doc. No. 32), and to Fed. R. Civ. P. 26(f), a meeting was held on December 6-7, 2007, by telephone conference and was attended by James A. Tucker, on behalf of plaintiffs, and T. Dudley Perry, on behalf of defendants.

2. **Pre- Discovery Disclosures**. The parties will exchange by December 21, 2007, the information required by Fed.R.Civ.P. 26(a)(1) and related local rules.

3. **Mediation**. The parties have been engaging in settlement discussions, which may be enhanced by the use of mediation. The parties agree and acknowledge that settlement of Plaintiffs' complaint would benefit all parties to this action.

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following subjects:

      i. All allegations contained in plaintiffs' complaint.

      ii. All facts surrounding plaintiff's claim to conduct monitoring activities at

        defendant's facilities.

    iii. All facts surrounding plaintiff's claims to conduct training/informational activities at defendant's facilities.

    iv. All facts surrounding plaintiff's claims to conduct investigations of alleged incidents of abuse and neglect at defendant's facilities.

    v. All facts surrounding plaintiff's identification of its clients.

    vi. All facts relevant to the defense of this case, and

    vii. All facts relevant to the credibility of all witnesses.

B. All discovery shall be commenced in time to be completed by February 14, 2008.

C. Maximum of 30 interrogatories by each party to any other party. Responses and objections due 30 days after service.

D. Maximum of 30 requests for admission by each party to any other party. Responses and objections due 30 days after service.

E. Maximum of 10 depositions by plaintiffs and 10 by defendants.

F. Reports from retained experts under Rule 26(a)(2) due from the plaintiffs by January 17, 2008, and from defendants on February 4, 2008.

G. Supplementations under Rule 26(e) due approximately every 30 days (i.e. January 17, 2008, February 18, 2008, and March 13, 2008).

5. **Other Items**.

A. The parties do not request a conference with the Court before entry of the scheduling order.

B. The parties request a final pretrial conference on March 14, 2008.

C. The parties should be allowed until January 14, 2008 to join additional parties and to amend the pleadings.

D. The parties should conduct a settlement conference by March 7, 2008 and should file a joint notice with this Court concerning the settlement conference not later

than March 10, 2007.

E. All potentially dispositive motions should be filed by February 21, 2008.

F. Final witness and exhibit lists under Rule 26(a)(3) should be due thirty (30) days before trial.

G. Parties should have 14 days after service of final witness and exhibit lists to file objections under Rule 26(a)(3).

H. The case should be ready for trial on April 16, 2008 and at this time is expected to take approximately two (2) days for trial.

Respectfully Submitted,

/s/ James A. Tucker
James A. Tucker, Esq.
Alabama Disabilities Advocacy Program
University of Alabama
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
**ATTORNEYS FOR PLAINTIFF**

/s/ T. Dudley Perry
T. Dudley Perry, Esq.
General Counsel
Dept. Youth Svcs.
PO Box 66
Mt. Meigs, AL 36057
Phone: 334-215-3803
Facsimile: 334-215-3872
**ATTORNEYS FOR DEFENDANT**

DATED: December 7, 2007