IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM,    )<br>       )<br>    Plaintiff,    )<br>       )<br>    v.    )<br>       )<br>J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services,    )<br>       )<br>    Defendants.    ) | CIVIL ACTION NO.<br>2:07cv434-MHT |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 38) is set for submission, without oral argument, on January 11, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 18th day of December, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE