## IN THE DISTRICT COURT OF UNITED STATES FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ALABAMA DISABILITIES** ) | |
| **ADVOCACY PROGRAM** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:07-CV-434-MHT |
| **J. WALTER WOOD, JR.**, in ) | |
| his official capacity as ) | |
| Executive Director of the ) | |
| Alabama Department of ) | |
| Youth Services, ) | |
| ) | |
| Defendant. ) | |

## **MOTION FOR EXTENSION**

Comes now J. Walter Wood, Jr. as Executive Director, through the undersigned, and requests an extension of time, until Thursday, January 17, 2008, to file a response to Plaintiff's Motion for Summary Judgment in the above styled case. The undersigned communicated with counsel for the Plaintiff, James A. Tucker, and the Plaintiff does not oppose this motion for extension until January 17, 2008.

       Respectfully submitted,

       TROY KING
       ATTORNEY GENERAL
       /s/ T. Dudley Perry, Jr.
       T. Dudley Perry, Jr.
       Bar number: 3985-R67T
       General Counsel
       Attorney for the Defendant
       Alabama Department of Youth Services
       Post Office Box 66
       Mt. Meigs, AL 36057

Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of January, 2008, I electronically filed the foregoing **MOTION FOR EXTENSION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James A. Tucker
Nancy E. Anderson
Alabama Disabilities
Advocacy Program
Box 870395
Tuscaloosa, AL 35487

/s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
General Counsel
Attorney for the Defendant