IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY ) <br> PROGRAM,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> J. WALTER WOOD, JR. in his official ) <br> Capacity as Executive Director of the ) <br> Alabama Department of Youth Services, ) <br> ) <br> Defendant.  ) | Civil Action No. 2:07cv434-MHT |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

On December 11, 2007, this Court ordered the parties to conduct a face-to-face settlement conference and discuss whether mediation may assist the parties in reaching settlement. (Doc. No. 37, at 2). The parties have conferred face-to-face and the plaintiff submits this report.

Counsel for plaintiff gives notice that in compliance with this Court's Order, face-to-face settlement discussions were held between James A. Tucker and Nancy Anderson, attorneys for the plaintiff, and T. Dudley Perry, attorney for the Defendant. The parties have made good faith progress to reach a settlement agreement but, as of this date, have not reached a settlement. Both parties remain open to further discussions and believe mediation may assist the parties in reaching settlement.

Respectfully Submitted,

__/s/ James A. Tucker_____
James A. Tucker Esq.
Alabama Disabilities Advocacy Program
University of Alabama
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 11th day of January, 2008, I filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notice of such filing to the following (or by U.S. Mail to non-CM/ECF participants):

T. Dudley Perry, Esq.
Counsel for Plaintiffs

_____/s/_ James A. Tucker_____

James A. Tucker, Esq.
Alabama Disabilities Advocacy Program