IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM,<br><br>      Plaintiff,<br><br>v.<br><br>J. WALTER WOOD, JR. in his official Capacity as Executive Director of the Alabama Department of Youth Services,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   2:07-CV-434-MHT<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

COMES NOW the Plaintiff in the above-entitled action and pursuant to Federal Rule of Civil Procedure 15 and this Court's Uniform Scheduling Order of December 11, 2007 (Doc. No. 37) moves this Court for leave to amend its Complaint (Doc. No. 1) by:

(a) adding allegations, which assert the Defendant's continued violation, subsequent to the filing of Plaintiff's Complaint (Doc. No. 1) of Plaintiff's right to unaccompanied access to Department of Youth Services (DYS) residents during ADAP's federally authorized monitoring activities;

(b) adding allegations, which assert the Defendant's resumption of its unlawful practice of prohibiting Plaintiff from engaging in private communication with DYS residents during Plaintiff's federally authorized monitoring activities;

(c) adding allegations, which assert the Defendant's refusal to provide the entire record of certain additional ADAP clients since the filing of ADAP's initial Complaint: C.L., S.L, and B.Y.; and

(d) adding allegations asserting that Defendant has impeded the progress of ADAP to conduct investigations into abuse and neglect reported by ADAP's clients by questioning ADAP clients and electronically recording ADAP client statements before and after confidential conversations between ADAP and its clients.

WHEREFORE, the Plaintiff respectfully requests that this Court grant the Plaintiff's motion for leave to amend.

Date:  January 14, 2008

        Respectfully Submitted,

        /s/  James A. Tucker
        JAMES A. TUCKER
        NANCY E. ANDERSON
        ALABAMA DISABILITIES
        ADVOCACY PROGRAM
        University of Alabama
        Box 870395
        Tuscaloosa, AL  35487
        (205) 348-4928 (Phone)
        (205) 349-3909 (Facsimile)
        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notice of such filing to the following attorney of record for the Defendant:

Mr. Dudley Perry Jr.
General Counsel
c/o Alabama Department of Youth Services
P.O. Box 66
Montgomery, AL 36057

                                                              /s/ James A. Tucker
                                                             James A. Tucker