IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, ) ) ) Plaintiff, ) ) v. ) ) J. WALTER WOOD, JR., in ) his official capacity as ) Executive Director of the ) Alabama Department of ) Youth Services, ) ) Defendant. ) | CIVIL ACTION NO. 2:07cv434-MHT |

ORDER

It is ORDERED that plaintiff's motion for leave to amend complaint (Doc. No. 44) is granted.  The court assumes that the defendant has no objection to the allowance of the amendment; however, if he does, he must file the objection within seven days from the date of this order.

DONE, this the 15th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE