IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07-CV-434-MHT |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION
FOR LEAVE TO AMEND THE COMPLAINT**

Comes now the Department of Youth Services (hereinafter referred to as "DYS"), by and through the undersigned attorney, and objects to the Plaintiff's Motion for Leave to Amend the Complaint in this matter. As grounds therefore, DYS submits the following:

1. The Plaintiff filed a complaint for injunctive and declaratory relief on May 16, 2007.

2. The Plaintiff also filed a motion for summary judgment on December 17, 2007. DYS filed a response to Plaintiff's motion for summary judgment on January 18, 2008. This Court has not entered an order for Plaintiff's motion for summary judgment.

3. The Plaintiff in the amended complaint for injunctive and declaratory relief now add allegations of the Defendant's refusal to provide the records of certain ADAP clients such as C.L., S.L., and B.Y. Plaintiff further alleges that Plaintiff requested the records for C.L., S.L., and B.Y. in September 2007.

4. In addition, the Plaintiff now alleges that the Defendant has impeded the progress

of ADAP to conduct investigations into abuse and neglect reported by ADAP's clients. The Plaintiff provided examples of such allegations based on incidents that occurred involving C.L., S.L., and B.Y. that were reported to ADAP in November 2007, before the filing of Plaintiff's Motion for Summary Judgment as well as the filing of Plaintiff's Motion for Leave to Amend the Complaint.

THEREFORE the Defendant files an objection to Plaintiff's Motion for Leave to Amend the Complaint because the new allegations in Plaintiff's Amended Complaint are not timely as they occurred in time before Plaintiff filed the Motion for Summary Judgment as well as the Motion for Leave to Amend the Complaint.

Submitted this 25th Day of January 2008.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


/s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar number: 3985-R67T
Deputy Attorney General
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January, 2008, I electronically filed the foregoing **OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James A. Tucker
Nancy E. Anderson

      Alabama Disabilities
      Advocacy Program
      Box 870395
      Tuscaloosa, AL 35487

            /s/ T. Dudley Perry, Jr.
            T. Dudley Perry, Jr.
            Deputy Attorney General
            Attorney for the Defendant