IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ALABAMA DISABILITIES** ) | |
| **ADVOCACY PROGRAM** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-434-MHT |
| ) | |
| **J. WALTER WOOD, JR.,** ) | |
| in his official capacity as Executive ) | |
| Director the Alabama Department ) | |
| of Youth Services, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**COME NOW**, Sancha E. Teele, files this appearance as co-counsel on behalf of the Defendant, in the above-styled matter.

DONE this the 6th day of February, 2008.

Respectfully submitted,

s/Sancha E. Teele
Sancha E. Teele
Assistant Attorney General
Bar Number: 0103-H71T
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: 334-215-3803
Fax: (334) 215-3872
E-Mail: sancha.teele@dys.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on **February 6, 2008** that I electronically filed the foregoing Notice of Appearance, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James A. Tucker
Nancy E. Anderson
Alabama Disabilities
Advocacy Program
Box 870395
Tuscaloosa, AL 35487

                                                       s/Sancha E. Teele
                                                       Assistant Attorney General
                                                       Alabama Department of Youth
                                                       Services