**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY ) <br> PROGRAM ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J. WALTER WOOD, JR. in his official ) <br> Capacity as Executive Director of the ) <br> Alabama Department of Youth Services, ) <br> ) <br>       Defendant. ) | CIVIL ACTION NO. <br> 2:07-CV-434-MHT |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE WITNESS AND EXHIBIT LIST

COME NOW the Plaintiff and Defendant and jointly request that this Court grant an extension for the deadline for filing each party's Witness and Exhibit List in this matter. This Court's December 11, 2007 Scheduling Order (Doc. No. 37) states that, pursuant to Fed.R.Civ.P. 26(a)(3), each party's Witness and Exhibit list is due forty days before trial, i.e., March 7, 2008. The Plaintiff and Defendant jointly request that the deadline for this pleading be extended ten days to March 17, 2008. Grounds supporting this Motion are as follows:

1. On March 5, 2008 counsel for the Plaintiff and Defendant met again to engage in settlement discussions in this matter. During this meeting, Plaintiff and Defendant discussed outstanding items to be produced responsive to Plaintiff's discovery request.

2. As a result of this March 5, 2008 meeting, counsel for the parties have agreed that neither party will suffer harm in preparing for trial by a ten-day extension of the deadline for filing the Witness and Exhibit List.

WHEREFORE, Plaintiff and Defendant jointly file this Motion and request that the deadline for the filing of the Witness and Exhibit list be extended ten days to March 17, 2008.

Respectfully Submitted this 7th day of March, 2008,

| | |
|---|---|
| /s/ Nancy E. Anderson | /s/ T. Dudley Perry, Esq |
| Nancy E. Anderson | T. Dudley Perry, Esq. |
| Alabama Disabilities Advocacy Program | General Counsel |
| University of Alabama | Alabama Department of Youth Services |
| Box 870395 | PO Box 66 |
| Tuscaloosa, Alabama  35487-0395 | Mt. Meigs, Alabama  36057 |
| Telephone:  (205) 348-4928 | Telephone:  (334) 215-3803 |
| Facsimile:  (205) 348-3909 | Facsimile:  (334) 215-3872 |
| **ATTORNEY FOR THE PLAINTIFF** | **ATTORNEY FOR THE DEFENDANT** |