**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 10, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Alabama Disabilities Advocacy Program v. Wood**

**Case Number:   2:07-cv-00434-MHT**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include an electronic signature on the certificate of service page.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 53   filed on    March 07, 2008.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:07-CV-434-MHT |
| J. WALTER WOOD, JR. in his official | ) | |
| Capacity as Executive Director of the | ) | |
| Alabama Department of Youth Services, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

COMES NOW, J. Patrick Hackney of the Alabama Disabilities Advocacy Program, a member in good standing of the bar of the United States District Court for the Middle District of Alabama, and gives notice of appearance in addition to all other appearances as co-counsel for the plaintiff in the above referenced civil action.

Done this the 7th day of March, 2008.

/s/ J. Patrick Hackney
ASB No.:6971-H51J
Alabama Disabilities Advocacy Program
University of Alabama
500 Martha Parham West, Box 870395
Tuscaloosa, AL 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
E-mail: phackney@adap.ua.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notice of such filing to the following attorneys of record:

T. Dudley Perry Jr.
General Counsel
Alabama Department of Youth Services
P.O. Box 66
Mt. Meigs, AL 36057

Sancha E. Teele
Assistant Attorney General
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057

/s/ J. Patrick Hackney
ASB No.:6971-H51J
Alabama Disabilities Advocacy Program
University of Alabama
500 Martha Parham West, Box 870395
Tuscaloosa, AL 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
E-mail: phackney@adap.ua.edu