## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM      ) ) ) | |
| Plaintiff,      ) ) | |
| v.      ) ) | CIVIL ACTION NO. 2:07-CV-434-MHT |
| J. WALTER WOOD, JR. in his official Capacity as Executive Director of the Alabama Department of Youth Services,      ) ) ) ) | |
| Defendant.      ) | |

## JOINT NOTICE TO THE COURT CONCERNING
## SETTLEMENT CONFERENCE

COME NOW the Plaintiff and Defendant and jointly submit this notice to the Court regarding settlement discussions held between the parties. This notice is due the Court per the Planning Meeting Report (Doc. 36) filed by the parties on December 7, 2007.

Since December 7th, the parties have met face-to-face three times to discuss the matters at issue between them. The most recent meeting was held on March 6th. The parties continue to make progress on resolving some, though not all, of the outstanding issues.

Respectfully Submitted this 10th day of March, 2008.


/s/ Nancy E. Anderson
Nancy E. Anderson
Alabama Disabilities Advocacy Program
University of Alabama
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
**ATTORNEY FOR THE PLAINTIFF**

/s/ T. Dudley Perry
T. Dudley Perry
General Counsel
Alabama Department of Youth Services
PO Box 66
Mt. Meigs, Alabama 36057
Phone: (334)215-3803
Facsimile: 334-215-3872
**ATTORNEY FOR THE DEFENDANT**