IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISBILITIES ADVOCACY PROGRAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J. WALTER WOOD, JR., in )<br>his official capacity as )<br>Executive Director of the )<br>Alabama Department of )<br>Youth Services, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:07cv434-MHT |

ORDER

It is ORDERED that the motion for leave to file corrected amended complaint (Doc. No. 54) is set for submission, without oral argument, on March 19, 2008, with all briefs due by said date.

DONE, this the 12th day of March, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE