IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES | ) | |
| ADVOCACY PROGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv434-MHT |
| | ) | |
| J. WALTER WOOD, JR., in | ) | |
| his official capacity as | ) | |
| Executive Director of the | ) | |
| Alabama Department of | ) | |
| Youth Services, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the joint motion for extension of time to file witness and exhibit lists (Doc. No. 55) is granted.

DONE, this the 12th day of March, 2008.

　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE