IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:07cv434-MHT |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

ORDER

Counsel for defendant having stated at the pretrial conference on March 14, 2008, that defendant does not object, it is ORDERED that plaintiff's motion for leave to file corrected amended complaint (Doc. No. 54) is granted.

DONE, this the 17th day of March, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE