IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ALABAMA DISABILITIES** **ADVOCACY PROGRAM** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07-CV-434-MHT |
| **J. WALTER WOOD, JR.**, in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME TO STIPULATE DISMISSAL TERMS

Comes now the Defendant, J. Walter Wood, Jr. through the undersigned counsel of record, and requests an extension of time to submit a joint proposal for terms of dismissal. In support whereof the Defendant submits the following:

1. On April 30, 2008, the Court dismissed this case. Said Order of dismissal invited the parties to submit, within 45 days thereafter, a joint motion to set aside such dismissal and to submit a stipulation for dismissal on terms different from said Order.

2. The parties contemplate entering a joint stipulation for dismissal which will reference, among other terms, a protocol for ADAP access to DYS facilities and notification terms regarding such access.

3. The specific terms of the protocol, and therefore the specific terms of the parties' joint stipulation, have not been finalized.

4.  The undersigned has conferred with counsel for the Plaintiff and the Plaintiff does not object to this motion.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


/s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar number: 3985-R67T
General Counsel
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: **dudley.perry@dys.alabama.gov**


**CERTIFICATE OF SERVICE**

I hereby certify that on the13th day of June, 2008, I electronically filed the foregoing **MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James A. Tucker
Nancy E. Anderson
Alabama Disabilities
Advocacy Program
Box 870395
Tuscaloosa, AL 35487


/s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
General Counsel
Attorney for the Defendant