IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:07cv434-MHT |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that:

(1) The motion for extension of time (Doc. No. 67) is granted.

(2) The parties are allowed an additional 45 days to comply with the order entered on April 30, 2008 (Doc. No. 66).

DONE, this the 13th day of June, 2008.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE