IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:07cv434-MHT |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

Because the court has some questions as to what type of final order or judgment should be entered, it is ORDERED that the joint motion for judicial approval of dismissal terms (Doc. No. 69) is set for an on-the-record hearing on August 5, 2008, at 10:00 a.m. Counsel for defendant is to arrange for the hearing to be conducted by telephone.

DONE, this the 29th day of July, 2008.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson　
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE