IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALABALA DISABILITIES ADVOCACY PROGRAM    )<br>)<br>      Plaintiff,                        )<br>)<br>v.                                          )<br>)<br>)<br>J. WALTER WOOD, JR. in his official    )<br>Capacity as Executive Director of the    )<br>Alabama Department of Youth Services,    )<br>)<br>      Defendant.                      ) | CIVIL ACTION NO.<br>2:07-CV-434-MHT |

**MOTION FOR EXTENSION TO SET HEARING**

Comes now J. Walter Wood, Jr,. as Executive Director, through the undersigned, and requests for continuance, until the week of August 11, 2008, to set an on-the-record hearing for the joint motion for judicial approval of dismissal terms (Doc. No. 69). The reason for the request is as follows:

- Counsels representing defendant are scheduled to be in Judge Watkins' courtroom to participate in a jury trial that is scheduled for August 4 - 8, 2008.

Counsels for the parties have conferred and Counsel for ADAP has no objections to this motion.

Done, this the 31th day of July, 2008.

Respectfully submitted,

/s/T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar Number 3985-R67T
General Counsel
Attorney for the Defendant
Alabama Department of Youth Services

Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

/s/Sancha E. Teele
Bar Number 0103-H71T
Deputy General Counsel
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax (334) 215-3872
E-Mail: sancha.teele@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31th day of July, 2008, I electronically filed the foregoing

**MOTION FOR EXTENSION TO SET HEARING** with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to the following:

James A. Tucker
Nancy E. Anderson
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487

/s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
General Counsel
Attorney for the Defendant