IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07cv434-MHT |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for extension (Doc. No. 71) is granted.

(2) The on-the-record hearing, now set for August 5, 2008, is reset for August 12, 2008, at 10:00 a.m. Counsel for defendant is to arrange for the hearing to be conducted by telephone.

DONE, this the 1st day of August, 2008.

　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE