IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA DISABILITIES       )
ADVOCACY PROGRAM,          )
                           )
     Plaintiff,            )
                           )      CIVIL ACTION NO.
     v.                    )       2:07cv434-MHT
                           )
J. WALTER WOOD, JR., in    )
his official capacity as   )
Executive Director of the  )
Alabama Department of      )
Youth Services,            )
                           )
     Defendant.            )
```

## ORDER

Based upon the representations made on-the-record on August 12, 2008, it is ORDERED as follows:

(1) By August 22, 2008, the parties are to file a joint report on the issues raised by the court.

(2) Another on-the-record hearing is set for August 26, 2008, at 10:00 a.m. Counsel for defendant is to arrange for the hearing to be conducted by telephone.

DONE, this the 12th day of August, 2008.

                                  /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE