IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISBILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:07cv434-MHT |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

ORDER

Based upon the representations made during an on-the-record status conference on August 26, 2008, it is ORDERED as follows:

(1) The parties are allowed until September 5, 2008, to file another joint motion for approval of settlement, with the proposed settlement attached.

(2) The pending joint motion for approval of dismissal terms (Doc. No. 69) is denied without prejudice.

(3) The court retains jurisdiction of this case pending action on the parties' anticipated proposed settlement.

DONE, this the 27th day of August, 2008.

                     /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**