IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA DISABILITIES         )
ADVOCACY PROGRAM,            )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:07cv434-MHT
                             )           (WO)
J. WALTER WOOD, JR., in      )
his official capacity as     )
Executive Director of the    )
Alabama Department of        )
Youth Services,              )
                             )
     Defendant.              )
```

JUDGMENT AND INJUNCTION

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, AND DECREE of the court as follows:

(1) The joint motion to adopt the settlement agreement and retain jurisdiction (Doc. No. 79) is granted;

(2) The settlement agreement, attached as an appendix to this judgment, is incorporated as the order of this court;

(3) In accordance with the terms of the settlement agreement, the court retains jurisdiction to enforce the agreement for a period of one year from the date of this judgment; and

(4) Defendant J. Walter Wood, in his official capacity, and his officers, agents, servants, and employees, and those persons in active concert or participation with him who receive actual notice of this judgment and injunction by personal service or otherwise, is ENJOINED and RESTRAINED from failing to comply immediately with the terms of the settlement agreement.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of September, 2008.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE