IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:07cv434-MHT (WO) |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

### ORDER

Pursuant to the settlement agreement (Doc. No. 79), it is ORDERED that defendant J. Walter Wood, in his official capacity as the Executive Director of the Alabama Department of Youth Services, shall pay to plaintiff Alabama Disabilities Advocacy Program the sum of $ 20,500.00 for attorneys' fees and costs.

DONE, this the 10th day of September, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**